**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

    v.                                                   07-CR-020-A
                                                       **ORDER**

ANTWAN ROSEMOND,

         Defendant.
_____

The Defendant is currently serving a 46-month sentence after pleading guilty to conspiring to possess with intent to distribute, and to distribute, 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).[1] The Defendant did not appeal his conviction or sentence, nor has he filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

The Defendant has, however, filed a *pro se* motion for free copies his docket sheet and plea agreement. Docket No. 289. For the reasons stated below, the Defendant's motion is denied without prejudice.

**DISCUSSION**

The relief the Defendant seeks is governed by 28 U.S.C. § 2250. Section 2250 states that an indigent petitioner may be provided with free "copies of . . . documents or parts of the record on file." The statute, however, applies only "on an[] application for a writ of habeas corpus." *Id.* The Defendant, as noted, has not filed an application for a writ of habeas corpus.

---

[1] The Defendant was originally sentenced to 58 months' imprisonment, but his sentence was later reduced pursuant to 18 U.S.C. § 3582(c)(2).

If the Defendant would like a copy of his docket sheet and/or plea agreement, he must pay the appropriate fee to the Clerk of Court.  *See* 28 U.S.C. § 1914.  The fee for copies of the electronic docket sheet is $0.10 per page.  The total cost for a copy of the docket sheet in the Defendant's case is $1.60, and the total cost for a copy of the Defendant's plea agreement is also $ 1.60.  Payment should be forwarded to the Clerk of Court and a copy of the docket and/or plea agreement will then be mailed to the Defendant.

## CONCLUSION

For the reasons stated above, the Defendant's motion is **DENIED** without prejudice.

Dated: June 15, 2018          _s/Richard J. Arcara_
    Buffalo, New York          HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT JUDGE